Below is the Order of the Court.

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Judge Christopher M. Alston

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE: ) CHAPTER 7
) CASE NO. 16-15759-CMA
)
LELAND P. DAVIS AND JANA DAVIS, )
) ORDER DENYING DEBTORS'
) MOTION TO ALLOW EXEMPTIONS
Debtors. )
)

THIS MATTER came before the Court for hearing on October 12, 2017 upon the Debtors' Motion to Allow Exemptions (Docket No. 55, hereafter the, "Motion"). The Court considered the Motion, the Trustee's Objection to Exemptions (Docket No. 12, hereafter the "Trustee's Objection"), the Debtors' response to the Trustee's Objection (Docket No. 54, hereafter the, "the Debtors' Response"), the Trustee's response to the Motion and reply to the Debtors' Response (Docket No. 67, hereafter the "Trustee's Reply/Response"), the Debtors' reply to the Trustee's Reply/Response (Docket No. 72), oral argument of the attorney for the Debtors and the attorney for the Trustee, and the pleadings and records in the above-entitled case. The Court for the reasons stated on the record at the hearing, incorporated by

ORDER - 1

KRIEGMAN LAW OFFICE, PLLC
2100 One Union Square
600 University Street
Seattle, WA 98101
(206) 903-0344

reference herein, determined that the Trustee's Objection should be sustained and that the Motion should be denied. NOW, THEREFORE,

IT IS HEREBY ORDERED as follows:

1. The Trustee's Objection is sustained.

2. The Motion is denied

3. The dollar amount of the Debtors' homestead exemption is zero.

///End of Order///

Presented by:

KRIEGMAN LAW OFFICE, PLLC

/s/ Bruce P. Kriegman
Bruce P. Kriegman, WSBA# 14228
Attorney for Trustee

Approved as to form; Notice of presentation Waived:

SYMMES LAW GROUP, PLLC

Richard J. Symmes, WSBA# 41475
Attorney for the Debtors

ORDER - 2

KRIEGMAN LAW OFFICE, PLLC
2100 One Union Square
600 University Street
Seattle, WA 98101
(206) 903-0344