Below is the Order of the Court.

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Judge Christopher M. Alston

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE: ) CHAPTER 7
) CASE NO. 16-15759-CMA
)
LELAND P. DAVIS AND JANA DAVIS, ) ORDER DENYING DEBTORS'
) MOTION TO ABANDON REAL
) PROPERTY OF THE ESTATE
Debtors. ) PURSUANT TO 11 U.S.C. §554
)

THIS MATTER came before the Court for hearing on November 17, 2017 upon the Debtors' Motion to Abandon Interest in Property Persuant to 11 U.S.C. 554(b)[sic] (Docket No. 24, hereafter the "Motion") pertaining to property of the bankruptcy estate in the above entitled case (the, "Case") consisting of the real property located at 3624 NW 65th Court, Seattle, WA 98117 (the, "Property"). The Court considered (a) the Motion, (b) all of the supplemental pleadings filed by the Debtors related to the Motion including the Debtors' Reply to Trustee's Memorandum (1) Supporting Motion for Sale of Real Property of the Estate Free and Clear of Liens and Interest; and (2) Opposing Debtors Motion to Abandon Real Estate Persuant to 11 U.S.C. §554(b)[sic] with supporting declaration of William Casey

ORDER - 1

KRIEGMAN LAW OFFICE, PLLC
2100 One Union Square
600 University Street
Seattle, WA 98101
(206) 903-0344

of Ark Law Group (Docket No. 81), (c) the Trustee's Opposition to Debtors' Motion to Abandon Pursuant 11 U.S.C. §554(b) (Docket No. 26, hereafter the "Opposition"), (d) all of the supplemental pleadings filed by the Trustee related to the Opposition including the Trustee's Memorandum (1) Supporting Motion for Sale of Real Property of the Estate Free and Clear of Liens and Interests; and (2) Opposing Debtors' Motion to Abandon Real Estate Pursuant to 11 U.S.C. §554(b) with supporting declarations (Docket Nos. 79), and (e) the pleadings and records of the Case. The Court for the reasons stated on the record at the hearing, incorporated by reference herein, determined that the Property should not be abandoned and the Motion should be denied without prejudice. NOW, THEREFORE,

IT IS HEREBY ORDERED as follows:

1. The Motion is denied without prejudice.
2. The Court's ruling on the record is incorporated by reference herein.

///End of Order///

Presented by:

KRIEGMAN LAW OFFICE, PLLC

/s/ Bruce P. Kriegman
Bruce P. Kriegman, WSBA# 14228
Attorney for Trustee

Approved as to form; Notice of presentation waived:

SYMMES LAW GROUP, PLLC

Richard J. Symmes, WSBA# 41475
Attorney for the Debtors

KRIEGMAN LAW OFFICE, PLLC
2100 One Union Square
600 University Street
Seattle, WA 98101
(206) 903-0344