**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Judge Christopher M. Alston

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) CASE NO. 16-15759-CMA |
| | ) |
| LELAND P. DAVIS AND JANA DAVIS, | ) ORDER SUSTAINING TRUSTEE'S |
| | ) OBJECTION TO DEBTORS' |
| | ) AMENDED EXEMPTION CLAIM AND |
| Debtors. | ) DISALLOWING EXEMPTION |
| | ) CLAIM |

THIS MATTER came before the Court for hearing upon the Trustee's Objection to Debtors' Amended Claim of Exemption and Motion for Order Disallowing Amended Claim of Exemption [Dkt. No. 99] (the "Motion"). The Court considered (a) the Motion and objection to the Debtors' amended claim of exemption for the "Claim associated with Leland Davis d/b/a Market Ready Real Estate v. Khan 16-2-23759-2 SEA" (hereafter "Lawsuit"), (b) the Trustee's declaration in support of the Motion, (c) the Trustee's declaration of no objection regarding the Motion, and (d) the records and files herein. The Court finds that the proper notice of the Motion was given, and that the relief requested in the Motion should be granted in all respects.. NOW, THEREFORE,

ORDER - 1

KRIEGMAN LAW OFFICE, PLLC
2100 One Union Square
600 University Street
Seattle, WA 98101
(206) 903-0344

**Below is the Order of the Court.**

IT IS HEREBY ORDERED as follows:

1. The Trustee's objection, contained in the Motion, to the Debtors' amended claim of exemption for the Lawsuit is sustained.

2. The Motion is granted.

3. The Debtors' amended claims of exemption for the Lawsuit including but not limited to any settlement thereof is disallowed.

///End of Order///

Presented by:

KRIEGMAN LAW OFFICE, PLLC

/s/ Bruce P. Kriegman
Bruce P. Kriegman, WSBA# 14228
Attorney for Trustee

ORDER - 2

KRIEGMAN LAW OFFICE, PLLC
2100 One Union Square
600 University Street
Seattle, WA 98101
(206) 903-0344